| | |
|---|---|
| Eugene E. Stearns (Fla. Bar No. 0149335) [admitted *pro hac vice*] estearns@stearnsweaver.com Jason P. Hernandez (Cal. Bar No. 308959; Fla. Bar No. 18598) jhernandez@stearnsweaver.com Matthew M. Graham (Fla. Bar No. 86764) [admitted *pro hac vice*] mgraham@stearnsweaver.com Giselle Gutierrez (Fla. Bar No. 100254) [admitted *pro hac vice*] ggutierrez@stearnsweaver.com Laura Farinas (Fla. Bar No. 0300939) [admitted *pro hac vice*] lfarinas@stearnsweaver.com **STEARNS WEAVER MILLER WEISSLER ALHADEFF & SITTERSON, P.A.** 150 West Flagler Street, Suite 2200 Miami, FL 33130 Telephone: (305) 789-3200 Facsimile: (305) 789-3395 JONATHAN A. PATCHEN (SBN 237346) **BAKER BOTTS, L.L.P.** 101 California Street, Suite 3600 San Francisco, CA 94111 Telephone: (415) 291-6200 Facsimile: (415) 291-6300 Attorneys for Plaintiffs JOHN E. ABDO, as Trustee of the JOHN E. ABDO TRUST DATED JUNE 11, 2014, and JOHN E. ABDO, as Trustee of the JOHN E. ABDO TRUST DATED MARCH 15, 1976 Rees F. Morgan (SBN 229899) rmorgan@coblentzlaw.com Stan Roman (SBN 87652) sroman@coblentzlaw.com Philip Miller (SBN 280537) pmiller@coblentzlaw.com **COBLENTZ PATCH DUFFY & BASS LLP** One Montgomery Street, Suite 3000 San Francisco, CA 94104 Telephone: (415) 772-5799 Facsimile: (415) 989-1663 Attorneys for Plaintiff RISING TIDE I, LLC; RISING TIDE II, LLC | **SEYFARTH SHAW LLP** Gregory A. Markel (GM 5626) gmarkel@seyfarth.com Heather E. Murray (NY Bar No. 5287099) [admitted *pro hac vice*] hmurray@seyfarth.com 620 Eighth Avenue New York, New York 10018 Telephone: (212) 218-5500 Facsimile: (212) 218-5526 **SEYFARTH SHAW LLP** Giovanna A. Ferrari (SBN 229871) gferrari@seyfarth.com 560 Mission Street, Suite 3100 San Francisco, California 94105 Telephone: (415) 397-2823 Facsimile: (415) 397-8549 Attorneys for Defendants MICHAEL R. FITZSIMMONS, PETER LAI, CHRISTOPHER G. POWER, PETER J. GOETNER, CHRISTIAN BORCHER, ERNEST D. DEL, MARC S. YI, JAMES C. PETERS, and SOUHEIL S. BADRAN |

16814.001 4848-7991-1094.1
JOINT STIPULATION AND [PROPOSED] ORDER CONTINUING ALL DEADLINES
Case Nos. 17-cv-00851-TSH; 17-cv-01232-TSH

54438538v.1

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RISING TIDE I, LLC; RISING TIDE II, LLC,<br><br>Plaintiffs,<br>v.<br><br>MICHAEL FITZSIMMONS; PETER LAI; CHRIS G. POWER; PETER J. GOETTNER; CHRISTIAN BORCHER; ERNEST D. DEL; MARC S. YI; JAMES C. PETERS; AND SOUHEIL S. BADRAN,<br><br>Defendants. | Case No. 17-cv-00851-TSH<br>Case No. 17-cv-01232-TSH<br><br>**JOINT STIPULATION AND [PROPOSED] ORDER CONTINUING ALL DEADLINES**<br><br>Trial Date: August 31, 2020 |
| JOHN E. ABDO, as Trustee of the JOHN E. ABDO TRUST DATED JUNE 11, 2014, and JOHN E. ABDO, as Trustee of the JOHN E. ABDO TRUST DATED MARCH 15, 1976,<br><br>Plaintiffs,<br>v.<br><br>MICHAEL FITZSIMMONS; PETER LAI; CHRIS G. POWER; PETER J. GOETTNER; CHRISTIAN BORCHER; ERNEST D. DEL; MARC S. YI; JAMES C. PETERS; AND SOUHEIL S. BADRAN,<br><br>Defendants. | |

Pursuant to Fed. R. Civ. P. 6(b)(1) and Civil L.R. 6-1, 6-2, and 7-12, the parties ("Parties") in related case numbers 17-cv-00851-TSH and 17-cv-01232-TSH hereby submit, for the Court's consideration and approval, this Joint Stipulation and Order Continuing Certain Deadlines as follows:

WHEREAS, the deadline for disclosure of expert witnesses is March 16, 2020;

WHEREAS, due to a ransomware attack on the vendor that hosts both Plaintiffs' case documents, Plaintiffs have been unable to use their document management platform to access documents and materials needed for their expert reports;

WHEREAS, the vendor has estimated that restoring access to Plaintiffs' documents and materials could take up to two weeks from March 4, 2020;

WHEREAS, while the vendor is working to restore Plaintiffs' access, Plaintiffs are working diligently to find alternative means to access the documents and materials needed for its expert reports;

WHEREAS, due to the aforementioned circumstances and given the additional time needed to complete expert disclosures, the Parties agree and stipulate to a three-week extension for the deadline for expert disclosures;

WHEREAS, to ensure the full and complete presentation of all relevant issues to this Court, the Parties understand that a three-week extension of expert disclosures would also require a continuance of all other deadlines, including the trial date, and the Parties agree and stipulate to continue trial and all associated deadlines by approximately three weeks;

WHEREAS, the Parties have agreed on the schedule below and respectfully request that the schedule be adjusted as follows or as deemed appropriate by the Court:

| Event | Current Deadline | Revised Deadline |
|---|---|---|
| Disclosure of Expert Witnesses | 03/16/2020 | 04/06/2020 |
| Disclosure of Rebuttal Expert Witnesses | 04/02/2020 | 04/23/2020 |
| Close of Expert Discovery | 04/20/2020 | 05/11/2020 |
| Deadline to file Dispositive Motions | 05/01/2020 | 06/01/2020 |
| Deadline to file Opposition to Dispositive Motions | 05/15/2020 | 06/19/2020 |
| Deadline to file Reply to Dispositive Motions | 05/29/2020 | 07/07/2020 |
| Hearing on Dispositive Motions | 06/18/2020 | 07/30/2020 or 08/06/2020 |
| Jury Trial | 08/31/2020 | 09/28/2020 |

WHEREAS, in case number 17-cv-00851-TSH, the Parties have previously stipulated to and requested the Court issue an order extending the motion to dismiss briefing deadlines and hearing dates, the date for the Initial Case Management Conference, and trial in this action (Dkts. 12, 17, 27, 38, 60, 100, 107, 115, 138, 141, and 143), and this Court granted those stipulated requests (Dkts. 13, 18, 28, 39, 61, 103, 108, 116, 139, 142, and 144).

WHEREAS, in case number 17-cv-01232-TSH, the Parties have previously stipulated to and requested the Court issue an order extending the motion to dismiss briefing deadlines and hearing dates, the date for the Initial Case Management Conference, and trial in this action (Dkts. 11, 17, 34, 50, 65, 77, 82, 92, 97, 109, 132, 141 and 144), and this Court granted those stipulated requests (Dkts. 12, 18, 35, 52, 66, 78, 85, 93, 98, 110, 133, 142 and 145).

THEREFOR, subject to the Court's approval, the Parties hereby stipulate to an Order by the Court continuing the deadlines as denoted above.[1]

---

[1] In accordance with N.D. Cal. L. R. 5-1(i)(3), the filer of this document attests that concurrence in the filing of this document has been obtained from the other signatories.

| | | |
|---|---|---|
| 1 | DATED: March 6, 2020 | STEARNS WEAVER MILLER WEISSLER ALHADEFF & SITTERSON, P.A. |
| 2 | | |
| 3 | | By:   */s/Eugene E. Stearns* |
| 4 | |      Eugene E. Stearns |
| 5 | |      Jason P. Hernandez |
| | |      Matthew G. Graham |
| 6 | |      Giselle Gutierrez |
| | |      Laura Farinas |
| 7 | | |
| 8 | | Attorneys for Plaintiff JOHN E. ABDO, as Trustee of the JOHN E. ABDO TRUST DATED JUNE 11, 2014, and JOHN E. ABDO, as Trustee of the JOHN E. ABDO TRUST DATED MARCH 15, 1976 |
| 9 | | |
| 10 | | |
| 11 | DATED: March 6, 2020 | COBLENTZ PATCH DUFFY & BASS LLP |
| 12 | | |
| 13 | | By:   */s/ Rees Morgan* |
| | |      Rees F. Morgan |
| 14 | |      Stan Roman |
| | |      Philip Miller |
| 15 | | |
| 16 | | Attorneys for Plaintiffs RISING TIDE I, LLC; RISING TIDE II, LLC |
| 17 | | |
| 18 | DATED: March 6, 2020 | BAKER BOTTS LLP |
| 19 | | |
| 20 | | By:   */s/Jonathan A. Patchen*      Jonathan A. Patchen |
| 21 | | |
| 22 | | Attorneys for Plaintiff JOHN E. ABDO, as Trustee of the JOHN E. ABDO TRUST DATED JUNE 11, 2014, and JOHN E. ABDO, as Trustee of the JOHN E. ABDO TRUST DATED MARCH 15, 1976 |

| | | |
|---|---|---|
| 1 | DATED: March 6, 2020 | SEYFARTH SHAW LLP |
| 2 | | |
| 3 | | By:  */s/ Gregory Markel* |
| | | Gregory A. Markel |
| 4 | | Giovanna A. Ferrari |
| | | Heather E. Murray |
| 5 | | |
| 6 | | Attorneys for Defendants |
| | | MICHAEL R. FITZSIMMONS, PETER LAI, |
| 7 | | CHRISTOPHER G. POWER, PETER J. |
| | | GOETTNER, CHRISTIAN BORCHER, |
| 8 | | ERNEST D. DEL, MARC S. YI, JAMES C. |
| | | PETERS and SOUHEIL S. BADRAN |

**[PROPOSED] ORDER**

The Court, having reviewed the Parties' Joint Stipulation and [Proposed] Order Continuing all Deadlines, orders as follows:

| Event | Current Deadline | Revised Deadline |
|---|---|---|
| Disclosure of Expert Witnesses | 03/16/2020 | 04/06/2020 |
| Disclosure of Rebuttal Expert Witnesses | 04/02/2020 | 04/23/2020 |
| Close of Expert Discovery | 04/20/2020 | 05/11/2020 |
| Deadline to file Dispositive Motions | 05/01/2020 | 06/01/2020 |
| Deadline to file Opposition to Dispositive Motions | 05/15/2020 | 06/19/2020 |
| Deadline to file Reply to Dispositive Motions | 05/29/2020 | 07/07/2020 |
| Hearing on Dispositive Motions | 06/18/2020 | 07/30/2020 or 08/06/2020 |
| Jury Trial | 08/31/2020 | 09/28/2020 |

**IT IS SO ORDERED.**

Dated: March 9, 2020

THOMAS S. HIXSON
UNITED STATES MAGISTRATE JUDGE